John E. **EILTS;** et al., Appellants,

v.

**UNION BANK OF CALIFORNIA, N.A., Appellee.**

**No. 04–16336.**

United States Court of Appeals, Ninth Circuit.

Submitted May 17, 2006.[*]

Decided May 19, 2006.

Kirk K. Livermont, Esq., Independence, CA, for Appellants.

Serlin & Whiteford, Sacramento, CA, for Appellee.

Before: RYMER and WARDLAW, Circuit Judges, and ALSUP,[**] Distict Judge.

ORDER [***]

The motion of John E. Eilts and Debra Jean Eilts to dismiss this appeal with prejudice is GRANTED.

A certified copy of this order shall serve as the mandate of this court.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] The Honorable William H. Alsup, United States District Judge for the Northern District of California, sitting by designation.

[***] This disposition is not appropriate for publication and may not be cited to or by the

*** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
9th Cir. R. 36–3.

